DUMMIT, BUCHHOLZ & TRAPP
    Attorneys At Law
    1661 Garden Highway
Sacramento, California 95833-9706
    Telephone (916) 929-9600
    Fax (916) 927-5368
Daniela P. Stoutenburg- State Bar No. 183785
Carolyn L. Katzorke - State Bar No. 237989
Attorneys for Defendant STANFORD HOSPITAL & CLINICS,
*erroneously sued herein as STANFORD HOSPITAL*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FAIZA MARIE PAULY, | ) | Case No. 5:10-CV-05582 JF |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE SET FOR MARCH 4, 2011** |
| STANFORD HOSPITAL, | ) | |
| Defendant. | ) | Magistrate Judge:  Jeremy Fogel<br>Courtroom:  3 (5th Floor) |

    Plaintiff, FAIZA MARIE PAULY, in *pro se*, and Defendant, STANFORD HOSPITAL & CLINICS, erroneously sued herein as *STANFORD HOSPITAL*, by and through their undersigned counsel, do herewith submit this Stipulation to continue the Case Management Conference presently set for March 4, 2010.

    WHEREAS, Defendant, STANFORD HOSPITAL & CLINICS, has a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) presently set for hearing on April 15, 2011, and the outcome of such Motion is not yet known, the parties, in the interest of judicial economy and to avoid potentially unnecessary effort by both the parties and court in preparation for the Initial Case Management Conference set for March 4, 2011, hereby stipulate to continue the Initial Case Management Conference to April 29, 2011.  A continuance to this date would

///

///

---
-1-
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

provide parties with sufficient time to meet and confer, as well as file a Joint Case Management Conference Statement if so required following the outcome of Defendant's Motion to Dismiss.

IT IS SO STIPULATED.

Dated: February 16, 2011          DUMMIT, BUCHHOLZ & TRAPP


                                  By:   /s/ Carolyn Katzorke
                                        Carolyn Katzorke
                                        Attorneys for Defendant Stanford Hospital &
                                        Clinics


Dated: February 16, 2011          FAIZA MARIE PAULY


                                  By:   /s/ Faiza Marie Pauly
                                        Faiza Marie Pauly
                                        Plaintiff


## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ~~February~~ March 1, 2011     By: _____
                                          The Honorable Jeremy Fogel

-2-
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

# DECLARATION OF SERVICE

*FAIZA MARIE PAULY vs STANFORD HOSPITAL*
*Northern District - San Jose Docket No. 5:10-CV-05582 JF*

I, the undersigned, declare as follows:

I am employed in the office of a member of the bar of this court at whose direction this service was made; I am employed in the County of Sacramento, State of California, I am over the age of eighteen years and not a party to the within action; my business address is 1661 Garden Highway, Ste. 100, Sacramento, California 95833.

On February 16, 2011, I served the document described as **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** on the interested parties in this action as follows:

*Plaintiff, In Propria Persona:*
Faiza Marie Pauly
1605 Heritage Lane
Santa Cruz, CA 95062
Ph:     (832) 332-6819
Fax:    Unknown
Email: faizapauly@sbcglobal.net

✓  **By United States Postal Service.** I enclosed the documents in a sealed envelope or package with appropriate postage fully prepaid, addressed to each party at their address of record (listed herein) and placed the envelope for collection and depositing with the United States Postal Service on this same date in accordance with ordinary business practices. The envelope or package was placed in the mail in Sacramento, California.

___ **By Overnight Delivery Service.** I enclosed the documents in an envelope or package provided by an overnight carrier and addressed to each party at their address of record (listed herein). I caused the envelope or package to be placed for collection and overnight delivery at a regularly utilized pick-up location of the overnight delivery carrier.

___ **By E-Mail or Electronic Transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to each party at their e-mail addresses of record (listed herein). I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

___ **Via Facsimile.** By sending a true copy thereof by facsimile machine to the numbers listed herein, and then depositing for collection and mailing, following ordinary business practices, a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid

___ **By Personal Service.** I delivered a true and correct copy of each document listed above to a

-3-
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

professional process service for personal service upon the parties to this matter as set forth herein. (Declaration of Service to be filed and served upon receipt.)

I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing as stated on this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 16, 2011, at Sacramento, California.

                                        /s/ Angelina M. Lopez
                                          Angelina M. Lopez

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE