**E-Filed 6/27/2011**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FAIZA MARIE PAULY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STANFORD HOSPITAL AND CLINICS,<br><br>　　　　　Defendant. | Case Number 5:10-cv-05582-JF (PSG)<br><br>ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR RECONSIDERATION |

　　　Plaintiff's request for leave to file a motion for reconsideration is granted, and is construed as a motion for reconsideration. The motion is set for hearing on July 22, 2011, to be heard with Plaintiff's motion to vacate and Defendant's motion to dismiss. Any opposition to the motion for reconsideration shall be filed and served on or before July 8, 2011. Any reply shall be filed and served on or before July 15, 2011.

　　　IT IS SO ORDERED.

DATED:  6/23/2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. 5:10-cv-05582-JF (PSG)
ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR RECONSIDERATION
(JFLC2)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FAIZA MARIE PAULY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STANFORD HOSPITAL AND CLINICS,<br><br>　　　　　Defendant. | Case Number 5:10-cv-05582-JF (PSG)<br><br>CERTIFICATE OF SERVICE |

　　I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

　　On Monday, June 27, 2011, I served a true and correct copy of the attached document on each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing mail delivery receptacle located in the Clerk's Office:

Faiza Marie Pauly
1605 Heritage Lane
Santa Cruz, CA 95062

DATED:  6/27/2011　　　　　　　　　　　　For the Court
　　　　　　　　　　　　　　　　　　　　　　Richard W.  Weiking, Clerk

　　　　　　　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　Diana Munz
　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk