Faiza Pauly

1605 Heritage Lane

Santa Cruz, CA 95062

(831) 332-6819

faizapauly@sbcglobal.net

**E-Filed 9/8/2011**

RECEIVED
AUG 24 2011
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIZA PAULY, on behalf of her minor daughter, M.P., <br><br> Plaintiff, <br><br> vs. <br><br> STANFORD HOSPITAL AND CLINICS, <br><br> Defendant. | Case Number: CV-10-5582-JF <br><br> [PROPOSED] ORDER GRANTING CONTINUANCE OF 9/9/11 CASE MANAGEMENT CONFERENCE TO 9/23/11 |

IT IS ORDERED THAT:

The September 9, 2011 Case Management Conference is continued to September 23, 2011 at 10:30.

Hon. Judge Fogel, signature: _[signature]_    Date: 9/8/2011

Hon. Judge Fogel,
United States District/Magistrate Judge