IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIZA MARIE PAULY, on behalf of her minor daughter, M.P., <br><br> Plaintiff, <br><br> v. <br><br> STANFORD HOSPITAL, <br><br> Defendant. / | No. C 10-05582 SI <br><br> **JUDGMENT** |

This action has been dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 6, 2012

SUSAN ILLSTON
United States District Judge